UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMANDA NICOLE KOWALEWSKI,

    Defendant.
_____/

Case No. 1:22-cr-64-2

HON. JANE M. BECKERING

## ORDER ADOPTING REPORT AND RECOMMENDATION

For the reasons set forth on the record on June 15, 2023:

IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 83) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count Two of the Indictment.

Dated: June 15, 2023

  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge